IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN SLUTZKER ) | |
|     Petitioner, ) | |
| ) | C.A. No. 06-313 Pittsburgh |
| HARRY WILSON ) | |
|     Respondent. ) | |

## REPORT AND RECOMMENDATION

    AND NOW, this 28TH day of June, after Petitioner presented a petition for a writ of habeas corpus which he seeks leave to prosecute in forma pauperis, and it appearing that he has an average monthly balance of $119.00 in his prison account which sum is far in excess of the $5.00 filing fee required to commence this action, and it further appearing that requiring the petitioner to pay the filing fee will not deprive him of any necessities of life at the Institution,

    It is recommended that leave to proceed in forma pauperis be denied. Petitioner must pay the filing fee before August 1, 2006.

    Petitioner shall have ten days in which to file objections to said Report and Recommendation. Failure to file timely objections may constitute a waiver of any appellate rights.

    S/ Susan Paradise Baxter
    SUSAN PARADISE BAXTER
    Chief United States Magistrate Judge