IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEVEN G. SLUTZKER, )
              Petitioner, )
    v. ) C.A. No. 06-313 Pittsburgh
               )
HARRY WILSON, )
              Respondent. )

## MEMORANDUM ORDER

This petition for writ of habeas corpus was received by the Clerk of Court on March 10, 2006, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's report and recommendation, filed on March 7, 2007, recommended that the petition for writ of habeas corpus be dismissed as moot; that a certificate of appealability be denied, and that the Motion for Bail be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail at the Allegheny County Jail, the last address of record, and on Respondent. No objections were filed. After de novo review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 29th Day of March, 2007;

IT IS HEREBY ORDERED that the petition for writ of habeas corpus is DISMISSED as moot, and that a certificate of appealability is DENIED; and it is further

ORDERED that the Motion for Bail (Doc. #12) is DENIED.

The report and recommendation of Magistrate Judge Baxter, dated March 7, 2007, is adopted as the opinion of the court.

                                                    GARY L. LANCASTER
                                                    United States District Judge

cc:    Susan Paradise Baxter
        U.S. Magistrate Judge

        all parties of record